Maurice Leon, Respondent, v. Albert J. Leon, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ. (Clarke, J., dissented.)

George Kemp, Appellant, v. Edwin O. Holter, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Hugh C. Fox and Others v. George H. Peacock and William R. Peacock. — Motion granted, unless appellant complies with terms stated in order, and stay vacated. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Frederic Currie and Others, Copartners Doing Business under the Firm Name and Style of Currie, Philbrick & Company, Appellants, v. George F. Vreeland, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Elizabeth A. Valentine, Respondent, v. John H. Valentine, Appellant. — Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anna Sivak, Respondent, v. George F. Andrews, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rae Semmelman, as Administratrix, etc., of Herman Semmelman, Deceased, Appellant, v. The Mutual Life Insurance Company of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.